IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, et al., | No. C-14-2622 MMC |
| Plaintiffs, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF ANSWER/COUNTERCLAIM AND THIRD PARTY COMPLAINT** |
| v. | |
| CAPITAL CONTRACTORS INC., | |
| Defendant. | |

On July 9, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a chambers copy of the following documents:

(1) "Answer to Complaint for Damages; and Counterclaim for Indemnification and Contribution," filed June 13, 2014; and

(2) "Third Party Complaint for Indemnification and Contribution," filed June 27, 2014.

**IT IS SO ORDERED.**

Dated: July 11, 2014

MAXINE M. CHESNEY
United States District Judge