IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, et al., | No. C-14-2622 MMC |
| Plaintiffs, | **ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE SURREPLY; DIRECTIONS TO DEFENDANT** |
| v. | |
| CAPITAL CONTRACTORS INC., | |
| Defendant. | |

Before the Court is defendant Capital Contractors, Inc.'s "Application Concerning Plaintiffs' Response to Order to Show Cause," filed August 4, 2014, and amended August 5, 2014, by which application defendant seeks leave to file a surreply to address a new argument raised in plaintiffs' reply to defendant's response to the Court's Order of July 11, 2014. No opposition has been filed.

Having read and considered the application, the Court finds good cause for the relief requested has been shown. Accordingly, the application is hereby GRANTED, and defendant is DIRECTED to file its surreply no later than August 22, 2014, on which date the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: August 18, 2014

MAXINE M. CHESNEY
United States District Judge