IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, et al., | No. C-14-2622 MMC |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISQUALIFY; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CAPITAL CONTRACTORS INC., | |
| Defendant. / | |

By order filed July 17, 2014, the Court vacated all hearing dates and extended the deadline to file briefing on various matters, until the Court determined whether it had subject matter jurisdiction over the above-titled action. By order filed concurrently herewith, the Court has determined it has subject matter jurisdiction over the instant action.

Accordingly, the Court hereby SETS the following briefing schedule and hearing on defendant's Motion to Disqualify Counsel for Plaintiffs:

1. No later than October 10, 2014, plaintiffs shall file their opposition.

2. No later than October 17, 2014, defendant shall file any reply.

3. The hearing on the motion is set for October 31, 2014, at 9:00 a.m.

Following the Court's resolution of the Motion to Disqualify, the Court will set a deadline for defendant to file a response to plaintiffs' Motion to Dismiss Defendant's Counterclaims and for third-party defendants to file a response to the Third-Party

Complaint.

Further, in light of the above, the Case Management Conference is hereby CONTINUED from October 3, 2014 to December 5, 2014, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than November 26, 2014.

**IT IS SO ORDERED.**

Dated: September 22, 2014

MAXINE M. CHESNEY
United States District Judge