IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIANA SANCHEZ, et al.,

    Plaintiffs,

v.

CAPITAL CONTRACTORS INC.,

    Defendant.

No. C-14-2622 MMC

**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Before the Court is plaintiffs' "Motion for Leave to File Amended Complaint," filed December 19, 2014. Defendant Capital Contractors Inc. has filed opposition, to which plaintiffs have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for February 13, 2015.

**IT IS SO ORDERED.**

Dated: February 10, 2015

                                                MAXINE M. CHESNEY
                                                United States District Judge