**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, et al., | No. C 14-2622 MMC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' COUNSELS' MOTION TO WITHDRAW; VACATING HEARING; DIRECTIONS TO CLERK; DIRECTIONS TO PARTIES; ADVANCING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CAPITAL CONTRACTORS INC., | |
| Defendant. | |

Before the Court is the Motion to Withdraw as Counsel of Record, jointly filed March 26, 2015, by Corey, Luzaich, de Ghetaldi, Nastari & Riddle, LLP, the Law Offices of Parviz Darabi, and Alvarenga Law, by which said counsel seek to be relieved as counsel of record for plaintiffs. Each of the eight plaintiffs has provided written consent to the withdrawal (see Riddle Decl. Ex. B), and defendant Capital Contractors Inc. ("Capital") has filed a statement of non-opposition. Having read and considered the papers filed in support of and in response to the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for May 1, 2015, and, good cause appearing, hereby GRANTS the motion.

//
//
//

In light of the Court's having granted the instant motion, plaintiffs now proceed pro se, and, and, accordingly, the Clerk is hereby DIRECTED to amend the docket to include the following contact information for plaintiffs:

| | |
|---|---|
| Lilliana Sanchez<br>483 Massar Avenue<br>San Jose CA  95116 | Yolanda Camey<br>932 Ellsworth Street<br>San Francisco, CA 94110 |
| Juan Carlos Ramirez<br>2758 Chopin Avenue<br>San Jose CA  95122 | Jose Antonio Hernandez<br>845 Visitacion Avenue<br>San Francisco CA  94134 |
| Juan Carlos Hernandez<br>3683 Mission Street #4<br>San Francisco CA  94110 | Jose Alfaro<br>3035 Avon Lane<br>San Pablo CA  94806 |
| Irma Gonzalez Aguilar<br>37 Harbor Drive<br>Bay Point CA  94565 | Lucina Galindo<br>483 Massar Avenue<br>San Jose CA  95116 |

Capital is hereby DIRECTED to continue to electronically file all documents. Additionally, Capital is hereby DIRECTED to serve on each plaintiff at his/her above-listed address, either by mail or by personal delivery, all documents it files.

Each plaintiff is hereby DIRECTED to submit all documents for filing in paper form, specifically by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco CA 94102, an original document along with a chambers copy of any original document, such copy clearly marked "Chambers Copy." Additionally, each plaintiff is hereby DIRECTED to serve counsel for Capital with a copy of any document he or she files with the Clerk, and to file proof of such service.  See Civil L.R. 5-5(a).[1]

Lastly, the Court hereby ADVANCES the Case Management Conference from March 4, 2016, to May 22, 2015, at 10:30 a.m., in Courtroom 7, 450 Golden Gate Avenue, 19th Floor, San Francisco, CA, 94102.[2]  A Joint Case Management Statement shall be

---

[1] Each plaintiff is hereby ADVISED to obtain from the Clerk of the Court a copy of the Civil Local Rules for the Northern District of California.  Alternatively, the Civil Local Rules are available on the District Court's website, specifically, http://cand.uscourts.gov/home.

[2] At the Case Management Conference, the Court, inter alia, will set a deadline for Capital to respond to the First Amended Complaint.

2

filed no later than May 15, 2015.[3]  Each plaintiff is hereby DIRECTED to appear in person, unless counsel has previously filed a notice of appearance on behalf of that plaintiff. Failure to appear may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated:  April 22, 2015

MAXINE M. CHESNEY
United States District Judge

---

[3]The Court recognizes that, in the absence of counsel for plaintiffs, a joint statement may be difficult to prepare.  One potential approach would be for Capital's counsel to draft a proposed statement and send it to the individual plaintiffs for their respective objections, if any, and any suggested additional content.

3