IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAPITAL CONTRACTORS INC.,<br><br>    Defendant.<br>_____/ | No. C 14-2622 MMC<br><br>**ORDER DIRECTING PLAINTIFFS JUAN CARLOS RAMIREZ, JOSE ANTONIO HERNANDEZ, IRMA GONZALEZ AGUILAR, JUAN CARLOS HERNANDEZ, JOSE ALFARO AND LUCINA GALINDO TO SHOW CAUSE WHY CLAIMS SHOULD NOT BE DISMISSED** |

    On May 22, 2015, plaintiffs Juan Carlos Ramirez, Jose Antonio Hernandez, Irma Gonzalez Aguilar, Juan Carlos Hernandez, Jose Alfaro and Lucina Galindo failed to appear as ordered at a regularly scheduled case management conference in the above-titled action.

    Accordingly, each of the above-listed plaintiffs, specifically, Juan Carlos Ramirez, Jose Antonio Hernandez, Irma Gonzalez Aguilar, Juan Carlos Hernandez, Jose Alfaro and Lucina Galindo, is hereby ORDERED TO SHOW CAUSE in writing, no later than June 12, 2015, why his or her claims should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: May 22, 2015

                                                MAXINE M. CHESNEY<br>                                                United States District Judge