IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAPITAL CONTRACTORS INC.,<br><br>    Defendant.<br>_____/ | No. C 14-2622 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO PLAINTIFF JUAN CARLOS RAMIREZ; DISMISSING CLAIMS OF PLAINTIFFS JOSE ANTONIO HERNANDEZ, IRMA GONZALEZ AGUILAR, JUAN CARLOS HERNANDEZ, JOSE ALFARO AND LUCINA GALINDO** |

     By order filed May 22, 2015, the Court ordered plaintiffs Juan Carlos Ramirez, Jose Antonio Hernandez, Irma Gonzalez Aguilar, Juan Carlos Hernandez, Jose Alfaro and Lucina Galindo, each of whom is proceeding pro se, to show cause, in writing and no later than June 12, 2015, why their claims should not be dismissed, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to appear as ordered at a regularly scheduled case management conference in the above-titled action.

     On June 12, 2015, counsel filed a notice of appearance on behalf of plaintiff Juan Carlos Ramirez and, concurrently therewith, a response to the order to show cause, setting forth plaintiff's good faith, albeit mistaken, reasons for his failure to appear at the May 22, 2015 case management conference. Although the response is not supported by a declaration by Juan Carlos Ramirez, the Court will accept the explanation set forth therein.

Accordingly, the order to show cause, to the extent it is directed to Juan Carlos Ramirez, is hereby DISCHARGED.

The remaining five plaintiffs who were ordered to show cause, specifically, Jose Antonio Hernandez, Irma Gonzalez Aguilar, Juan Carlos Hernandez, Jose Alfaro and Lucina Galindo, have failed to respond to the Court's order.

Accordingly, the claims of plaintiffs Jose Antonio Hernandez, Irma Gonzalez Aguilar, Juan Carlos Hernandez, Jose Alfaro and Lucina Galindo are hereby DISMISSED without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  June 26, 2015

MAXINE M. CHESNEY  
United States District Judge