IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>CAPITAL CONTRACTORS INC.,<br><br>      Defendant.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY COMPLAINT    / | No. C 14-2622 MMC<br><br>**ORDER DIRECTING COUNSEL FOR THIRD-PARTY DEFENDANTS TO FILE PROOF OF SERVICE OF MOTION TO WITHDRAW AND STIPULATION ON CLIENTS** |

     Before the Court is the "Stipulation and [Proposed] Order Re Extension of Time of Pending Deadlines and Counsels' Motion to Withdraw," filed June 24, 2015, by (1) Corey, Luzaich, de Ghetaldi, Nastari & Riddle, LLP, the Law Offices of Parviz Darabi, and Alvarenga Law (collectively, the "Corey Law Firm"), as counsel for third-party defendants Hernandez Janitorial Service, Professional CCS Cleaning Services, and JCR Janitorial, and (2) defendant/third-party plaintiff Capital Contractors, Inc. Having read and considered the stipulation, the Court rules as follows.

     By the instant stipulation, the parties request the Court deem the motion to withdraw as counsel for the individual plaintiffs, filed March 26, 2015, by the Corey Law Firm, and granted April 22, 2015, to include a request that the Corey Law Firm be permitted to

withdraw as counsel for third-party defendants Hernandez Janitorial Service, Professional CCS Cleaning Services, and JCR Janitorial, and, further, that the Court amend its order of April 22, 2015, to grant the motion to withdraw as so amended.

Under the Local Rules of this District, "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." See Civil L.R. 11-5(a). Although the docket indicates the stipulation has been served through the ECF system on all other parties who have appeared and remain in the action, there is no entry in the docket reflecting such notice was given to Hernandez Janitorial Service, Professional CCS Cleaning Services, and JCR Janitorial.

Accordingly, the Corey Law Firm is hereby DIRECTED to provide to Hernandez Janitorial Service, Professional CCS Cleaning Services, and JCR Janitorial written notice of the motion to withdraw, filed March 26, 2015, and the stipulation, filed June 24, 2015, and to file, no later than July 17, 2015, proof of such service.[1] Additionally, the Corey Law Firm shall file, no later than July 17, 2015, the last known address and telephone number of each third-party defendant for whom they wish to withdraw as counsel.

**IT IS SO ORDERED.**

Dated: July 2, 2015

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The Court notes that the Third-Party Complaint, filed June 27, 2014, names four third-party defendants, specifically, Hernandez Cleaning Service, Hernandez Janitorial Service, Professional CCS Cleaning Services, and JCR Janitorial. The instant stipulation, however, does not include any reference to third-party defendant Hernandez Cleaning Service. If the Corey Law Firm represents Hernandez Cleaning Service and seeks to withdraw from such representation, the parties may wish to file and serve an amended stipulation.

2