**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, et al., | No. C 14-2622 MMC |
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE STIPULATION RE: MOTION TO WITHDRAW** |
| v. | |
| CAPITAL CONTRACTORS INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY COMPLAINT / | |

On June 24, 2015, a "Stipulation and [Proposed] Order Re Extension of Time of Pending Deadlines and Counsels' Motion to Withdraw" was filed by (1) Corey, Luzaich, de Ghetaldi, Nastari & Riddle, LLP, the Law Offices of Parviz Darabi, and Alvarenga Law (collectively, the "Corey Law Firm"), as counsel for third-party defendants Hernandez Janitorial Service, Professional CCS Cleaning Services, and JCR Janitorial, and (2) defendant/third-party plaintiff Capital Contractors, Inc.

The stipulation seeks an order deeming an earlier-filed motion to withdraw to include a request that the Corey Law Firm be permitted to withdraw as counsel for the three third-party defendants referenced above, and an order granting the motion to withdraw as so

amended.  As the stipulation was not accompanied by a showing that either the stipulation or the motion to withdraw had been served on the three third-party defendants, the Court, by order filed July 2, 2015, directed the Corey Law Firm to serve the stipulation and the motion to withdraw on the clients, and to file proof of such service no later than July 17, 2015.  By said order, the Court also directed the Corey Law Firm to file, no later than July 17, 2015, the last known address and telephone number of each third-party defendant for whom they wished to withdraw as counsel.[1]

To date, the Corey Law Firm has not filed the requisite proof of service, nor has it provided the last known address and telephone number of any third-party defendant.

Accordingly, the above-referenced stipulation is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated:  August 3, 2015

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, the Court pointed out that the stipulation made no reference to a fourth third-party defendant, Hernandez Cleaning Service, which, like the other three such defendants, appeared to be represented by the Corey Law Firm.