IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIANA SANCHEZ, et al.,

    Plaintiffs,

  v.

CAPITAL CONTRACTORS INC.,

    Defendant.

No. C 14-2622 MMC

**ORDER DIRECTING CAPITAL CONTRACTORS, INC. TO SHOW CAUSE WHY THIRD PARTY COMPLAINT SHOULD NOT BE DISMISSED**

On today's date, the Court approved the termination of the representation by counsel of record for the Third Party Defendants in the above-titled action.

Given the circumstances under which said representation was initially brought to the Court's attention, it is not clear from the record that the Third Party Defendants have made a voluntary appearance in the action, and the Court notes that they have never been served with a summons and the Third Party Complaint.

Accordingly, the Third Party Complaint having been filed on June 27, 2014, Capital Contractors, Inc. is hereby ORDERED TO SHOW CAUSE, in writing and no later than October 16, 2015, why the Third Party Complaint should not dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 2, 2015

                                    MAXINE M. CHESNEY
                                    United States District Judge