IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, et al., | No. C 14-2622 MMC |
| Plaintiffs, | **ORDER DISMISSING THIRD PARTY COMPLAINT WITHOUT PREJUDICE** |
| v. | |
| CAPITAL CONTRACTORS INC., | |
| Defendant. | |

By order filed October 2, 2015, the Court directed Capital Contractors, Inc. to show cause, in writing and no later than October 16, 2015, why the Third Party Complaint should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Capital Contractors, Inc. has not filed a response.

Accordingly, for the reasons stated in the Court's order of October 2, 2015, the Third Party Complaint is hereby DISMISSED without prejudice, pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated: November 2, 2015

MAXINE M. CHESNEY
United States District Judge