1  CHRISTOPHER WARD, CA Bar No. 238777
     cward@foley.com
2  KRISTA M. CABRERA, CA Bar No. 190595
     kcabrera@foley.com
3  ARCHANA R. ACHARYA, CA Bar No. 272989
     aacharya@foley.com
4  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3500
5  LOS ANGELES, CA 90071-2411
   TEL: 213.972.4500 / FAX: 213.486.0065
6

7  KAMRAN MIRRAFATI, CA Bar No. 233827
     kmirrafati@foley.com
8  YESENIA GARCIA PEREZ, CA Bar No. 264880
     ygarciaperez@foley.com
9  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET, SUITE 1700
10 SAN FRANCISCO, CA 94104-1520
   TEL: 415.434.4484 / FAX: 415.434.4507
11
   Attorneys for Defendant
12 CAPITAL CONTRACTORS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, YOLANDA CAMEY, JUAN CARLOS RAMIREZ, individually and on behalf of all others similarly situated,, | Case No. C-14-2622-MMC |
| Plaintiffs, | **DEFENDANT CAPITAL CONTRACTORS INC.'S NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | AND ORDER THEREON |
| CAPITAL CONTRACTORS INC., a New York Corporation, dba CAPITAL BUILDING MAINTENANCE SERVICES INC.,, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that Defendant Capital Contractors, Inc. hereby substitutes Foley and Lardner LLP's Christopher Ward, State Bar No. 238777; Kamran Mirrafati, State Bar. No. 233827; Krista M. Cabrera, State Bar No. 190595; Archana R. Acharya, State Bar No. 272989; and Yesenia Garcia Perez, State Bar No. 264880, as counsel of record in place of Linda Auerbach Allderdice, Frederick D. Braid, Mark L. Shapiro, Peter R. Jarvis, and Jessica Lanier in the above-captioned matter.

Contact Information for new counsel is as follows:

Foley & Lardner LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065
E-mail: cward@foley.com; kcabrera@foley.com; aacharya@foley.com

Foley & Lardner LLP
555 California Street
Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
E-mail: kmirrafati@foley.com; ygarciaperez@foley.com

CONSENTING TO THE SUBSTITUTION          CAPITAL COTRACTORS, INC.
                                        PETER STONE
DATE: JUNE 22, 2016

By: *Peter Stone*
    PETER STONE

---

1
NOTICE OF SUBSTITUTION OF COUNSEL
Case No. C-14-2622-MMC

4825-0865-3875.1

| | | |
|---|---|---|
| 1 | CONSENTING TO THE SUBSTITUTION | **HOLLAND & KNIGHT LLP** |
| 2 | DATE: JUNE 22, 2016 | LINDA AUERBACH ALLDERDICE<br>FREDERICK D. BRAID |
| 3 | | MARK L. SHAPIRO<br>PETER R. JARVIS |
| 4 | | JESSICA LANIER |

By: /s/ Frederick D. Braid
       FREDERICK D. BRAID

| | | |
|---|---|---|
| 9 | ACCEPTING THE SUBSTITUTION OF COUNSEL | **FOLEY & LARDNER LLP**<br>CHRISTOPHER WARD |
| 10 | DATE: JUNE 22, 2016 | KAMRAN MIRRAFATI<br>KRISTA M. CABRERA |
| 11 | | ARCHANA R. ACHARYA<br>YESENIA GARCIA PEREZ |

By: /s/ Kamran Mirrafati
       KAMRAN MIRRAFATI

Pursuant to Local Rule 5-1.(i)(3), I, Kamran Mirrafati, attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maxine M. Chesney]

Dated: June 24, 2016

2
NOTICE OF SUBSTITUTION OF COUNSEL
Case No. C-14-2622-MMC

4825-0865-3875.1