IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL CONTRACTORS INC.,<br><br>Defendant. | Case No. 14-cv-02622-MMC<br><br>**ORDER STRIKING DEFENDANT'S MOTION TO DENY CLASS CERTIFICATION**<br><br>Re: Dkt. No. 111 |

The Court is in receipt of defendant Capital Contractors Inc.'s "Motion to Deny Class Certification," filed November 7, 2016.

By order filed December 5, 2014, the Court set a briefing schedule on the issue of class certification, which order, with the agreement of the parties, provided for the initial motion to be filed on behalf of plaintiffs. (See Civil Minutes, filed December 5, 2014.) Thereafter, on three occasions, at the joint request of the parties, the Court extended the deadlines for, but not the sequence of, the parties' respective written submissions. (See Civil Minutes, filed July 17, 2015; Order, March 16, 2016; Order, filed August 16, 2016.)

Accordingly, defendant's motion to deny class certification is hereby STRICKEN as procedurally improper, without prejudice to defendant's moving, upon a showing of good cause, for relief from the Court's scheduling order.

**IT IS SO ORDERED.**

Dated: November 9, 2016

MAXINE M. CHESNEY
United States District Judge