IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, ET AL., <br> Plaintiffs, <br> v. <br> CAPITAL CONTRACTORS INC., <br> Defendant. | Case No. 14-cv-02622-MMC <br><br> **ORDER OF DISMISSAL** |

The Court having been advised that the parties have reached a settlement of the above-titled matter and that the settlement has been placed on the record,

IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: August 23, 2017

MAXINE M. CHESNEY
United States District Judge